FILED
OCT 13 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

# United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:26-CT-3318-D
(To be filled out by Clerk's Office only)

Robert Ballard

Inmate Number 0017263

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

## COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

Nurse Cenbron
Nurse Wither
All Nurses Assigned To Blue Unit

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
- ☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Robert Ballard
Name

0017263
Prisoner ID #

Maury Correctional
Place of Detention

PO Box 506
Institutional Address

Maury | NC | 28554
City | State | Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐ Pretrial detainee ☐ State ☐ Federal
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: NURSE CENBRON
Name

NURSE AT MAURY CORRECTIONAL
Current Job Title

PO BOX 506
Current Work Address

MAURY NC 28554
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: NURSE WITHER
Name

NURSE AT MAURY CORRECTIONAL
Current Job Title

PO BOX 506
Current Work Address

MAURY NC 28558
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: All NURSES ASSIGNED TO BLUE UNIT
Name

NURSES
Current Job Title

PO BOX 506
Current Work Address

MAURY NC 28558
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: ______________________
Name

______________________
Current Job Title

______________________
Current Work Address

______________________
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Maury Correctional - Unit Blue

Date(s) of occurrence: August September and October 2026

State which of your federal constitutional or federal statutory rights have been violated:

Denial of ordered medications, Denial of medical Treatment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

I AM INCONTINENT And have been for several years, which requires me To wear briefs. When I Transferred from C P To Maury I brought several packs of briefs. Provider RAVEN BARNES ordered that I be given 4 pr of briefs per day. I started receiving them thru JUNE 2025. Then in August 2026 I was given 2 pks of briefs by Nurse Cowbron which was 40 pr of briefs enough for 10 Days per order from Provider Raven Barnes. I informed Nurse Cowbron that I needed briefs. She later that same day said she had given me 2 pks a couple of weeks ago and that was a month supply. I informed her I was supposed to receive 4 pair per day per order. I ran totally out. I then was forced to lay in my bed soaked with urine. For 15 days I went without any briefs. Medical [illegible] I was given 2 packs enough for a month supply. 40 pair, so I was without any briefs for 15 days, which caused the area between both legs To break out with sores on each side. I had to use Nystop Nystatin Topical powder to heal this - it took several weeks to heal. Then Medical gave me 2 pks of briefs in Sept 2026 - A Total of 40 pair - Then again gave me 4 packs, a total of 80 pair on 9-2?-26

What happened to you?

When did it happen to you?

Where did it happen to you?

This does not explain why for 15 days from Aug 2026 To Sept 2026 I went without my breifs - was forced to lay in my bed with soaked bedding and clothing with urine because Medical failed To supply me with breifs that HAD BEEN ORDERED

Next I have Two PRN medications - one is oxycodone and is due every 8 hours - the other is Zanaflex every 6 hours, I have Trouble Receiving these medications. First I must inform the nurse I need the PRN then wait for the Nurse To bring it. In the month of Sept. from Sept 12, 2026 To Sept 25, 2026 my PRNs have been denied, delayed for a Total of over 30 hours which is denying me a Total of 15 doses of Zanaflex in a period of 18 days and denying me a Total of 5 doses of oxycodone in 18 day period of Time

This is continuing as I have filed this case Today 10-6-26 The Nurse refused to Give me my PRN oxycodone and refused to give me my Zanaflex for over 2 hours saying she will bring it on the regular pill pass - which is not what a PRN is for To have to wait for scheduled medications. I have written down the Time I have requested my PRNs and the Time I was given them. Medical continued to deny me my PRNs that are ordered by the Provider. Also medical has let my oxycodone medication run out before getting it renewed by the Provider. So on top of everything else, now I am in withdrawals from a narcotic that medical staff allow to run out without getting it renewed by the provider

Then the order was renewed for my oxy and I began To get it 3 days later - for 3 days Then I am told The order ran out. I go Two more days without my oxy - then I am given 1 oxy and told I have 3-4 pills till the new shipment arrives next week

From 9-17-26 To 9-26-26 my PRN Zanaflex has been

| What was your injury? |
|---|

denied/delayed by medical staff. The order is PRN Zanaflex every 6 hours. I can and have requested it every 6 hrs. by medical staff has taken as long as 3 hours to bring it after the 6hr time period. Why I do not know. I will call several Care staff as witnesses that this has continued to happen for reasons unknown. A total of 10 doses of Zanaflex has been denied over the period from 9-17-26 to 9-26-26 by Medical Staff delaying to bring my PRN when its due and Requested. Medication Records will also show times I was given and time between doses.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(1) Compensatory Damages in the amount of $50,000 for each defendant
(2) Punitive Damages in the amount of 50,000 for each defendant
(3) An Order that Maury Medical Dept, Nurses To follow orders without delays - As in this case
(4) For a Overseer of Maury Medical Dept for a period of Time determined by the Court to ensure Orders are being followed and in a Timely matter

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? [illegible]

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

10-8-26
Dated

[signature]
Plaintiff's Signature

Robert Ballard
Printed Name

0017263
Prison Identification #

PO Box 506 | Maury | NC | 28554
Prison Address | City | State | Zip Code